Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-148JCC |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER MODIFYING TERMS OF SUPERVISION |
| ANDRE RHEA, | |
| Defendant. | |

The Court, at the consent of the parties, hereby ORDERS that Rhea's terms of supervision are amended to include the following provision, effective June 20, 2017:

a. The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of 60 days. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

b. The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of 30 days. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

ORDER MODIFYING TERMS OF SUPERVISION - 1
*United States v. Rhea*, CR15-148JCC

DATED this 26 day of June, 2017.

JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

ORDER MODIFYING TERMS OF SUPERVISION - 2
United States v. Rhea, CR15-148JCC